IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARK ANDREW STANFORD, RICKEY STANFORD
AND JENNIFER STANFORD                                                                PLAINTIFFS

V.                                                                        CAUSE NO: 1:18-CV-209-SA-DAS

SAFEWAY INSURANCE COMPANY                                                            DEFENDANT

AGREED ORDER OF PARTIAL DISMISSAL

UPON CONSIDERATION of Plaintiffs' and Defendant Safeway Insurance Company's Stipulation and Joint Motion, it is hereby ORDERED that all allegations and claims contained in Plaintiffs' Complaint and claims beyond a contractual damage for uninsured motorist insurance benefits (including claims for extra-contractual damages, punitive damages, "bad faith" damages, and attorneys' fees) which have or could have been asserted up and until this date be DISMISSED, *with prejudice*.

Plaintiffs' claim for contractual benefits for uninsured motorist benefits is not affected.

SO ORDERED, this the 5th day of September, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

Agreed:

/s/ Robert G. Germany
ROBERT G. GERMANY, MSB #4800
Germany Law Firm, PLLC
4273 Interstate 55N, Ste. 201
Jackson, MS 39206
601-487-0555
*Counsel for Plaintiffs*

/s/ H. Scot Spragins
H. SCOT SPRAGINS, MSB #7748
Hickman, Goza & Spragins, PLLC
P. O. Drawer 668
Oxford, MS 38655-0668
662-234-4000
*Counsel for Defendant*