IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARK ANDREW STANFORD, RICKEY STANFORD
AND JENNIFER STANFORD                                                 PLAINTIFFS

V.                                                           CAUSE NO: 1:18-CV-209-SA-DAS

SAFEWAY INSURANCE COMPANY                                     DEFENDANT

## AGREED ORDER OF DISMISSAL

UPON CONSIDERATION of the Joint Motion to Dismiss filed by the parties, it is hereby ORDERED AND ADJUDGED that the claims against Safeway Insurance Company are dismissed *with prejudice*, on grounds of settlement.

Each party to bear their own costs.

SO ORDERED, this the 27th day of January, 2020.

                                                        /s/ Sharion Aycock
                                                        UNITED STATES DISTRICT JUDGE

Agreed by:

*/s/ James R. Franks, Jr.*
JAMES R. FRANKS, JR., MSB #100156
Wheeler & Franks Law Firm, P.C.
P. O. Box 681
Tupelo, MS 38802
*Attorney for Plaintiffs*


*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB #7748
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655
*Attorney for Defendant*